## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: Samir Jayesh Joshi           :   Case No: 24-53599

   Debtor(s)                         :   Chapter 13 Judge: Mina Nami Khorrami

                                                               :

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

    Now comes Edward A. Bailey, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

   Above median income _____           Below median income __X__

   __X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

      __X__ Debtor is delinquent on plan payments.

      __X__ Other: **Amended Plan nonstandard provisions does not provide for what will happen in the event the adversary proceeding is unsuccessful.**

   Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: $400 for 3 months, $580 per month for the duration of the plan.**

**Best Interest Dividend: 27%      Dividend: 27%**

**Length: 36 Months**

Dated: March 31, 2025                         Respectfully submitted,

                                                        **/s/  Edward A. Bailey**
                                                        Edward A. Bailey (0068073)
                                                        Chapter 13 Trustee
                                                        550 Polaris Parkway, Suite 500
                                                        Westerville, OH 43082
                                                        Tel: (614)-436-6700
                                                        Fax: (614)-436-0190
                                                        Email: trustee@ch13.org

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: March 31, 2025         **/s/ Edward A. Bailey**
                                              Edward A. Bailey (0068073)
                                              Chapter 13 Trustee
                                              550 Polaris Parkway, Suite 500
                                              Westerville, OH 43082
                                              Tel: (614)-436-6700
                                              Fax: (614)-436-0190
                                              Email: trustee@ch13.org